IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| 1) LORIA PHARMACEUTICAL, LLC;<br>2) LORIA MEDICAL, LLC;<br>3) LORIA MEDICAL OF NEW YORK, PLLC,<br><br>     Plaintiff,<br><br> v.<br><br>4) MARK MEZZANCELLO;<br>5) PATRICIA MEZZANCELLO;<br>6) BEST MAN MANHATTAN FL, LLC;<br>7) BEST MAN MANHATTAN, LLC;<br>8) BEST MAN MGT, LLC;<br>9) MANHATTAN BEST, LLC;<br>10) AMANUEL DANIACHEW, M.D.;<br>11) DAVID DELLINGER, D.O.;<br>12) BRADLEY GOLDSMITH, M.D.; and<br>13) SAMANTHA HARRISON<br><br>     Defendant. | Case No. 9:24-cv-80198<br><br><br><br><br>**JURY TRIAL DEMANDED** |

**SUMMONS**

To the above-named Defendant:  AMANUEL DANIACHEW, M.D.
                6934 Crescent Boat Lane
                Canal Winchester, OH 43110

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward L. White / Travis D. Mendoza
Ed White Law
829 E. 33rd Street
Edmond, OK 73013

1

2

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ISSUED this __21__ day of February 2024 (SEAL)



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ N. Cubic*

Deputy Clerk
U.S. District Courts

# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

| | |
|---|---|
| 1) LORIA PHARMACEUTICAL, LLC;<br>2) LORIA MEDICAL, LLC;<br>3) LORIA MEDICAL OF NEW YORK, PLLC,<br><br>                Plaintiff,<br><br>  v.<br><br>4) MARK MEZZANCELLO;<br>5) PATRICIA MEZZANCELLO;<br>6) BEST MAN MANHATTAN FL, LLC;<br>7) BEST MAN MANHATTAN, LLC;<br>8) BEST MAN MGT, LLC;<br>9) MANHATTAN BEST, LLC;<br>10) AMANUEL DANIACHEW, M.D.;<br>11) DAVID DELLINGER, D.O.;<br>12) BRADLEY GOLDSMITH, M.D.; and<br>13) SAMANTHA HARRISON<br><br>                Defendant. | Case No. 9:24-cv-80198<br><br><br>**JURY TRIAL DEMANDED** |

## SUMMONS

To the above-named Defendant:    BEST MAN MANHATTAN FL, LLC
                                               Registered Agent: Eannarino Law, P.A.
                                               500 S. Australian Ave., FL 5
                                               West Palm Beach, FL 33401

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward L. White / Travis D. Mendoza
Ed White Law
829 E. 33rd Street
Edmond, OK 73013

1

2

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ISSUED this _21___ day of February 2024 (SEAL)



Angela E. Noble
Clerk of Court

**SUMMONS**

s/ N. Cubic
_____
Deputy Clerk
U.S. District Courts

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| 1) LORIA PHARMACEUTICAL, LLC;<br>2) LORIA MEDICAL, LLC;<br>3) LORIA MEDICAL OF NEW YORK, PLLC,<br><br>                Plaintiff,<br><br>v.<br><br>4) MARK MEZZANCELLO;<br>5) PATRICIA MEZZANCELLO;<br>6) BEST MAN MANHATTAN FL, LLC;<br>7) BEST MAN MANHATTAN, LLC;<br>8) BEST MAN MGT, LLC;<br>9) MANHATTAN BEST, LLC;<br>10) AMANUEL DANIACHEW, M.D.;<br>11) DAVID DELLINGER, D.O.;<br>12) BRADLEY GOLDSMITH, M.D.; and<br>13) SAMANTHA HARRISON<br><br>                Defendant. | Case No. 9:24-cv-80198<br><br><br><br>**JURY TRIAL DEMANDED** |

**SUMMONS**

To the above-named Defendant:     BEST MAN MANHATTAN, LLC
                                                               Registered Agent: Amanuel Daniachew
                                                               65 Broadway, Ste. 1605
                                                                New York, NY 10006

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward L. White / Travis D. Mendoza
Ed White Law
829 E. 33rd Street
Edmond, OK 73013

1

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ISSUED this __21__ day of February 2024 (SEAL)



**SUMMONS**

*s/ N. Cubic*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| 1) LORIA PHARMACEUTICAL, LLC;<br>2) LORIA MEDICAL, LLC;<br>3) LORIA MEDICAL OF NEW YORK, PLLC,<br><br>                Plaintiff,<br><br>v.<br><br>4) MARK MEZZANCELLO;<br>5) PATRICIA MEZZANCELLO;<br>6) BEST MAN MANHATTAN FL, LLC;<br>7) BEST MAN MANHATTAN, LLC;<br>8) BEST MAN MGT, LLC;<br>9) MANHATTAN BEST, LLC;<br>10) AMANUEL DANIACHEW, M.D.;<br>11) DAVID DELLINGER, D.O.;<br>12) BRADLEY GOLDSMITH, M.D.; and<br>13) SAMANTHA HARRISON<br><br>                Defendant. | Case No. 9:24-cv-80198<br><br><br><br><br>**JURY TRIAL DEMANDED** |

**SUMMONS**

To the above-named Defendant:   BEST MAN MGT, LLC
Registered Agent: Eannarino Law, P.A.
500 S. Australian Ave.
West Palm Beach, FL 33401

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward L. White / Travis D. Mendoza
Ed White Law
829 E. 33rd Street
Edmond, OK 73013

1

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ISSUED this __21__ day of February 2024 (SEAL)

**SUMMONS**

Angela E. Noble
Clerk of Court

*s/ N. Cubic*
Deputy Clerk
U.S. District Courts

2

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| 1) LORIA PHARMACEUTICAL, LLC;<br>2) LORIA MEDICAL, LLC;<br>3) LORIA MEDICAL OF NEW YORK, PLLC,<br><br>           Plaintiff,<br><br>   v.<br><br>4) MARK MEZZANCELLO;<br>5) PATRICIA MEZZANCELLO;<br>6) BEST MAN MANHATTAN FL, LLC;<br>7) BEST MAN MANHATTAN, LLC;<br>8) BEST MAN MGT, LLC;<br>9) MANHATTAN BEST, LLC;<br>10) AMANUEL DANIACHEW, M.D.;<br>11) DAVID DELLINGER, D.O.;<br>12) BRADLEY GOLDSMITH, M.D.; and<br>13) SAMANTHA HARRISON<br><br>           Defendant. | Case No. 9:24-cv-80198<br><br><br><br><br><br>**JURY TRIAL DEMANDED** |

**SUMMONS**

To the above-named Defendant:	BRADLEY GOLDSMITH
	722 Caldwell Ave.,
	N. Woodmere, NY 11581

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward L. White / Travis D. Mendoza
Ed White Law
829 E. 33rd Street
Edmond, OK 73013

1

2

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

ISSUED this __21__ day of February 2024 (SEAL)



**SUMMONS**

*s/ N. Cubic*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

2

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

1) LORIA PHARMACEUTICAL, LLC;
2) LORIA MEDICAL, LLC;
3) LORIA MEDICAL OF NEW YORK, PLLC,

    Plaintiff,

v.

4) MARK MEZZANCELLO;
5) PATRICIA MEZZANCELLO;
6) BEST MAN MANHATTAN FL, LLC;
7) BEST MAN MANHATTAN, LLC;
8) BEST MAN MGT, LLC;
9) MANHATTAN BEST, LLC;
10) AMANUEL DANIACHEW, M.D.;
11) DAVID DELLINGER, D.O.;
12) BRADLEY GOLDSMITH, M.D.; and
13) SAMANTHA HARRISON

    Defendant.

Case No. 9:24-cv-80198

**JURY TRIAL DEMANDED**

**SUMMONS**

To the above-named Defendant:  DAVID DELLINGER, D.O.
               11623 Angus Rd., Suite C15
               Austin, Texas 78759

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward L. White / Travis D. Mendoza
Ed White Law
829 E. 33rd Street
Edmond, OK 73013

1

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

ISSUED this __21__ day of February 2024 (SEAL)



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ N. Cubic*

Deputy Clerk
U.S. District Courts

2

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| 1) LORIA PHARMACEUTICAL, LLC;<br>2) LORIA MEDICAL, LLC;<br>3) LORIA MEDICAL OF NEW YORK, PLLC,<br><br>               Plaintiff,<br><br>   v.<br><br>4) MARK MEZZANCELLO;<br>5) PATRICIA MEZZANCELLO;<br>6) BEST MAN MANHATTAN FL, LLC;<br>7) BEST MAN MANHATTAN, LLC;<br>8) BEST MAN MGT, LLC;<br>9) MANHATTAN BEST, LLC;<br>10) AMANUEL DANIACHEW, M.D.;<br>11) DAVID DELLINGER, D.O.;<br>12) BRADLEY GOLDSMITH, M.D.; and<br>13) SAMANTHA HARRISON<br><br>               Defendant. | Case No. 9:24-cv-80198<br><br><br>**JURY TRIAL DEMANDED** |

**SUMMONS**

To the above-named Defendant:       MARK MEZZANCELLO
                                                            318 Charroux Drive
                                                            Palm Beach Gardens, FL 33410

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward L. White / Travis D. Mendoza
Ed White Law
829 E. 33rd Street
Edmond, OK 73013

1

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

ISSUED this __21__ day of February 2024 (SEAL)



Angela E. Noble
Clerk of Court

**SUMMONS**

s/ N. Cubic
Deputy Clerk
U.S. District Courts

2

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| 1) LORIA PHARMACEUTICAL, LLC;<br>2) LORIA MEDICAL, LLC;<br>3) LORIA MEDICAL OF NEW YORK, PLLC,<br><br>     Plaintiff,<br><br> v.<br><br>4) MARK MEZZANCELLO;<br>5) PATRICIA MEZZANCELLO;<br>6) BEST MAN MANHATTAN FL, LLC;<br>7) BEST MAN MANHATTAN, LLC;<br>8) BEST MAN MGT, LLC;<br>9) MANHATTAN BEST, LLC;<br>10) AMANUEL DANIACHEW, M.D.;<br>11) DAVID DELLINGER, D.O.;<br>12) BRADLEY GOLDSMITH, M.D.; and<br>13) SAMANTHA HARRISON<br><br>     Defendant. | Case No. 9:24-cv-80198<br><br><br><br>**JURY TRIAL DEMANDED** |

## SUMMONS

To the above-named Defendant:  PATRICIA MEZZANCELLO
                318 Charroux Drive
                Palm Beach Gardens, FL 33410

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward L. White / Travis D. Mendoza
Ed White Law
829 E. 33rd Street
Edmond, OK 73013

1

2

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

ISSUED this __21__ day of February 2024 (SEAL)



**SUMMONS**

*s/ N. Cubic*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| 1) LORIA PHARMACEUTICAL, LLC;<br>2) LORIA MEDICAL, LLC;<br>3) LORIA MEDICAL OF NEW YORK, PLLC,<br><br>      Plaintiff,<br><br> v.<br><br>4) MARK MEZZANCELLO;<br>5) PATRICIA MEZZANCELLO;<br>6) BEST MAN MANHATTAN FL, LLC;<br>7) BEST MAN MANHATTAN, LLC;<br>8) BEST MAN MGT, LLC;<br>9) MANHATTAN BEST, LLC;<br>10) AMANUEL DANIACHEW, M.D.;<br>11) DAVID DELLINGER, D.O.;<br>12) BRADLEY GOLDSMITH, M.D.; and<br>13) SAMANTHA HARRISON<br><br>      Defendant. | Case No. 9:24-cv-80198<br><br><br>**JURY TRIAL DEMANDED** |

**SUMMONS**

To the above-named Defendant:  SAMANTHA HARRISON
               24 Phillips St.
               Red Hawk, NY 12571

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward L. White / Travis D. Mendoza
Ed White Law
829 E. 33rd Street
Edmond, OK 73013

1

2

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

ISSUED this _21___ day of February 2024 (SEAL)



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ N. Cubic*
_____
Deputy Clerk
U.S. District Courts