IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

1) LORIA PHARMACEUTICAL, LLC;
2) LORIA MEDICAL, LLC;
3) LORIA MEDICAL OF NEW YORK, PLLC,

*Plaintiffs*,

v.

4) MARK MEZZANCELLO;
5) PATRICIA MEZZANCELLO;
6) BEST MAN MANHATTAN FL, LLC;
7) BEST MAN MANHATTAN, LLC;
8) BEST MAN MGT, LLC;
9) MANHATTAN BEST, LLC;
10) AMANUEL DANIACHEW, M.D.;
11) DAVID DELLINGER, D.O.;
12) BRADLEY GOLDSMITH, M.D.; and
13) SAMANTHA HARRISON

*Defendant*s.

Case No. 9:24-cv-80198-DMM

## JOINT REQUEST FOR CONTINUANCE

For reasons stated below, the parties jointly request a continuance of the hearing regarding Defendants' Motion to Dismiss Complaint for Failure to State a Claim, or in the Alternative Motion for a More Definitive Statement [Doc. 22].

1. The current hearing is set for August 14, 2024, at 10:30 AM [Doc. 30]. Counsel for both parties have conflicts that make that setting problematic.

2. Plaintiffs' counsel has a federal trial set in Oklahoma City, on the same date in *Lopez et al. v. Lopez et al,* In the United States District Court for the Western District of Oklahoma, Case No: CIV-22-501-HE.

3. Defendants' counsel has a scheduling conflict on the scheduled date.

4. The parties have conferred and agree that it would be in the best interest of the parties to continue the hearing to a later date and time.

WHEREFORE, the parties jointly ask the Court to continue the hearing on Defendants' Motion to Dismiss Complaint for Failure to State a Claim, or in the Alternative Motion for a More Definitive Statement.

Dated: July 19, 2024

/s/ Edward L. White
Edward L. White (admitted *pro hac vice*)
Edward L. White, P.C.
829 East 33rd Street
Edmond, Oklahoma 73013
Telephone: (405) 810-8188
Facsimile: (406) 608-0971
Email: ed@edwhitelaw.com

-And-

/s/ Jacob L. Phillips
Jacob L. Phillips (Fl. Bar #120130)
Joshua R. Jacobson (Fl. Bar #1002264)
478 E Altamonte Drive, Suite 108-570
Altamonte Springs, FL 32701
JACOBSON PHILLIPS, PLLC
Tel: (407) 488-8291
jacob@jacobsonphillips.com
joshua@jacobsonphillips.com

**Attorneys for Plaintiffs**

/s/ stefan v. stein
Stefan V. Stein (Fl Bar #300527)
SteinPatent, PA
P.O. Box 21205
Tampa, Florida 33622
Tel: (813) 760-9205
Email: stefan.stein@steinpatent.com

-And-

/s/ Cole Carlson
Cole Carlson (Fl. Bar #112863)
Carlson IP Law, LLC
503 E Jackson Street
Suite 901
Tampa, FL 33602
Tel: (813) 445-5175
Email: cole@carlsoniplaw.com

-And-

/s/ Jason A. Stewart
Jason A. Stewart (*Pro hac vice*)
The Law Offices of Neal Brickman, P.C.
420 Lexington Avenue, Suite 2811
New York, New York 10170
Tel: (212) 986-6840
Email: jason@brickmanlaw.com

**Attorneys for Defendant**

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on this July 19, 2024, a copy of the foregoing Joint Request for Continuance was electronically filed using the Court's CM/ECF filing system, which will send electronic notification to all counsel of record in this matter.

*/s/ Jacob L. Phillips*
Jacob L. Phillips
***Counsel for Plaintiffs***